# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 16-00103-JMC-7A
**Case Name:** WATTS, EVA MARIE
**For Period Ending:** 06/30/2019

**Trustee Name:** (340480) Michael J. Hebenstreit
**Date Filed (f) or Converted (c):** 01/08/2016 (f)
**§ 341(a) Meeting Date:** 02/24/2016
**Claims Bar Date:** 09/23/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 40.00 | 40.00 | | 0.00 | FA |
| 2 | Deposits of money - : Teachers Credit Union | 40.00 | 40.00 | | 0.00 | FA |
| 3 | Used household furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 4 | Everday clothing | 300.00 | 300.00 | | 0.00 | FA |
| 5 | 38 Snub revolver | 150.00 | 150.00 | | 0.00 | FA |
| 6 | PERF 1 North Capital Indpls,IN 46204 | 2,071.46 | 2,071.46 | | 0.00 | FA |
| 7 | 2012 Jeep Liberty 100000 Plus | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Income tax refunds (u) | 0.00 | 0.00 | | 1,794.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$5,101.46** | **$3,101.46** | | **$1,794.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Tax refund
02/23/17 - She had foot surgery. wanted to know percentage of refund.  I told her to send tax returns and we could figure it out.
06/28/17 - Debtor called; she recv'd documents from Small Claims Court re: Westlane Financing re: balance being reduced (will fax docs)
08/23/17 - Debtor called to find out balance due
10/02/17 - letter to Debtor re balance due
03/02/18 - Debtor called; received tax refund and wanted to confirm the balance. Will be mailing in final payment.
04/06/18 - Assets fully administered; only claim is of Westlane Auto Financing to which UST has objected; response period runs 4/13/18

**Initial Projected Date Of Final Report (TFR):** 01/02/2018    **Current Projected Date Of Final Report (TFR):** 12/31/2019

07/30/2019
Date

/s/Michael J. Hebenstreit
Michael J. Hebenstreit

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 16-00103-JMC-7A | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | WATTS, EVA MARIE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3150 | Account #: | ******4466 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/16 | {8} | Eva Watts | Income tax refund | 1224-000 | 50.00 | | 50.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 40.00 |
| 07/07/16 | {8} | Eva Watts | Income tax refund | 1224-000 | 50.00 | | 90.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 80.00 |
| 08/31/16 | {8} | Eva Watts | Income tax refund | 1224-000 | 25.00 | | 105.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 95.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 85.00 |
| 10/03/16 | {8} | Eva Watts | Income tax refund | 1224-000 | 25.00 | | 110.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 100.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 90.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 80.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 70.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 60.00 |
| 03/24/17 | {8} | Eva Watts | Income tax refund | 1224-000 | 1,000.00 | | 1,060.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,050.00 |
| 04/13/17 | {8} | Eva Watts | Income tax refund | 1224-000 | 150.00 | | 1,200.00 |
| 04/25/17 | {8} | Eva Watts | Income tax refunds | 1224-000 | 150.00 | | 1,350.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,340.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,330.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,320.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,310.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,300.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,290.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,280.00 |
| | | | **Page Subtotals:** | | **$1,450.00** | **$170.00** | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 16-00103-JMC-7A | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | WATTS, EVA MARIE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3150 | Account #: | ******4466 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,270.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,260.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,250.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,240.00 |
| 03/05/18 | {8} | Eva M Watts | Final payment on tax refund | 1224-000 | 344.00 | | 1,584.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,574.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,564.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,554.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,544.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,534.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,524.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,519.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,514.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,509.00 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******2057 | Transition Debit to Metropolitan Commercial Bank acct 3910022057 | 9999-000 | | 1,509.00 | 0.00 |

| Account | ******4466 Checking Account | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 8 | Deposits | 1,794.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 30 | Adjustments Out | 285.00 |
| | Subtotal | 1,794.00 | 1 | Transfers Out | 1,509.00 |
| 0 | Adjustments In | 0.00 | | Total | 1,794.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 1,794.00 | | | |

Page Subtotals:   $344.00   $1,624.00

*{ } Asset Reference(s)*                                                                                                       *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 16-00103-JMC-7A | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | WATTS, EVA MARIE | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3150 | Account #: | ******2057 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 | | Transfer Credit from Rabobank, N.A. acct ******4466 | Transition Credit from Rabobank, N.A. acct 5016404466 | 9999-000 | 1,509.00 | | 1,509.00 |

| Account | ******2057 Checking Account | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 1 | Transfers In | 1,509.00 | | | |
| | Total | 1,509.00 | | | |

Page Subtotals: $1,509.00  $0.00

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| | | | |
|---|---|---|---|
| **Case No.:** | 16-00103-JMC-7A | **Trustee Name:** | Michael J. Hebenstreit (340480) |
| **Case Name:** | WATTS, EVA MARIE | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3150 | **Account #:** | ******2057 Checking Account |
| **For Period Ending:** | 06/30/2019 | **Blanket Bond (per case limit):** | $1,190,587.50 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $1,794.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,794.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4466 Checking Account | $1,794.00 | $285.00 | $0.00 |
| ******2057 Checking Account | $0.00 | $0.00 | $1,509.00 |
| | **$1,794.00** | **$285.00** | **$1,509.00** |